JaVonne M. Phillips, Esq., SBN 187474
Kelly M. Raftery, Esq., SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 1834
Fax (619) 685-4810

Attorney for: Secured Creditor,
EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, assigns and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-32859 M |
| | ) |
| Imad N. Khater, | ) Chapter 13 |
| Marilena V. Khater, | ) |
| | ) RS No. KMR-4843 |
| | ) |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| Debtors. | ) |
| | ) Date: 02/25/2010 |
| | ) Time: 9:30 a.m. |
| | ) Ctrm: 22 |
| | ) Place: 235 Pine Street |
| | )        San Francisco, CA |

Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, assigns and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving

1                                                                     File No. CA-09-14995
Motion for Relief from Automatic Stay, Case No.09-32859 M
Case: 09-32859    Doc# 26    Filed: 01/22/10    Entered: 01/22/10 17:41:54    Page 1 of 3

1  party's claim) so that moving party and its Trustee may commence and continue all acts
2  necessary to foreclose under the Deed of Trust secured by the Debtors' property, commonly
3  known as 740 East 3rd Avenue, #107, 108, 207, 208, Mesa, AZ 85204, ("Property" herein).

As stated in the attached Declaration, the Debtors have failed to make 3 post-petition payments (10/09 through 12/09). Debtors have indicated that they intend to ***surrender*** this property in their Chapter 13 Plan.

Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.

///
///
///
///
///
///
///

///

6. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Dated: January 22, 2010                McCarthy & Holthus, LLP

By:   /s/ Kelly M. Raftery
Kelly M. Raftery, Esq.
Attorneys for Secured Creditor
EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, assigns and/or successors

3     File No. CA-09-14995
Motion for Relief from Automatic Stay, Case No.09-32859 M
Case: 09-32859    Doc# 26    Filed: 01/22/10    Entered: 01/22/10 17:41:54    Page 3 of 3