

1  JaVonne M. Phillips, Esq. SBN 187474
   Kelly M. Raftery, Esq. SBN 249195
2  **McCarthy & Holthus, LLP**          Signed and Filed: March 02, 2010
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800 Ext. 1834       _____
4  Fax (619) 685-4810
                                        **DENNIS MONTALI**
5  Attorney for: Secured Creditor,      **U.S. Bankruptcy Judge**
   EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association as
6  Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint
7  MTA Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, assigns and/or
   successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-32859 M |
| Imad N. Khater, | ) |
| Marilena V. Khater, | ) Chapter   13 |
|  | ) |
| Debtors. | ) RS No.    KMR-4843 |
|  | ) |
|  | ) **ORDER ON MOTION FOR RELIEF** |
|  | ) **FROM AUTOMATIC STAY** |
|  | ) |
|  | ) Date:   02/25/2010 |
|  | ) Time:   9:30 a.m. |
|  | ) Ctrm:   22 |
|  | ) Place:  235 Pine Street |
|  | )        San Francisco, CA |
|  | ) |
|  | ) Judge:  Dennis Montali |
|  | ) |

The motion of Secured Creditor, EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, assigns and/or successors, for relief from the automatic stay came

on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Dennis Montali. Movant, EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, assigns and/or successors, appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Kelly M. Raftery, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, assigns and/or successors, in the real property commonly known as 740 East 3rd Avenue, #107, 108, 207, 208, Mesa, AZ 85204.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

1     IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule
2 4001(a)(3) is waived upon relief.
3     The Trustee shall not make any further payments on account of movant's secured claim
4 after the entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon
5 entry of this Order without prejudice to Movant's right to file an amended unsecured claim
6 within 30 days for any deficiency

**\*\* END OF ORDER \*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | COUNSEL FOR DEBTORS |
|   | Thomas R. Burns |
| 3 | Law Ofices of Thomas R. Burns |
|   | 703 Maket Street, #1109 |
| 4 | San Francisco, CA, 94103 |

# COURT SERVICE LIST

**COUNSEL FOR DEBTORS**
Thomas R. Burns
Law Ofices of Thomas R. Burns
703 Maket Street, #1109
San Francisco, CA, 94103

**TRUSTEE**
David Burchard
393 Vintage Park Drive, Suite 150
Foster City, CA, 94404

**DEBTORS**
Imad N. Khater
Marilena V. Khater
51 Los Palmos
San Francisco, CA 94127

**SPECIAL NOTICE**
BAC Home Loans Servicing, LP
c/o Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard Suite 100
Woodland Hills, CA 91364

GMAC Mortgage, LLC
Pite Duncan LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177

Onewest Bank, FSB
c/o Darlene C. Vigil
Darlene C. Vigil 917 S Village Oaks Dr #200
Covina, CA 91724

GE Money Bank
c/o Recovery Management Systems
Attn: Ramesh Singh
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

**ATTORNEY FOR MOVANT**
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101